# UNITED STATES DISTRICT COURT

SOUTHERN                   DISTRICT OF                    CALIFORNIA

**APPEARANCE**

Case Number: 08mj1575

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DIEGO BAUTISTA-TERESO

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/23/2008 | /s/ ERICK L. GUZMAN |
| Date | Signature |
| | Erick L. Guzman/Federal Defenders of SD  —  244391 |
| | Print Name / Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City / State / Zip Code |
| | (619) 234-8467     (619) 687-2666 |
| | Phone Number / Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08MJ1575 |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| DIEGO BAUTISTA-TERESO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

      United States Attorney's Office
      880 Front Street
      San Diego, CA  92101


Dated:  May 23, 2008                                   /s/ Erick L. Guzman
                                                              ERICK L. GUZMAN
                                                              Federal Defenders
                                                              225 Broadway, Suite 900
                                                              San Diego, CA 92101-5030
                                                              (619) 234-8467  (tel)
                                                              (619) 687-2666  (fax)
                                                              E-mail: erick_guzman@fd.org