AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| DIEGO BAUTISTA-TERESO | CASE NUMBER: 08CR1994-IEG |

I, DIEGO BAUTISTA-TERESO, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6-18-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Diego Bautista.t
Defendant

Counsel for Defendant

Before
Judicial Officer

FILED
JUN 17 2008
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          DEPUTY