FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUL 25 PM 12:00
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DIEGO BAUTISTA-TERESO,

        Defendant.

CASE NO. 08CR1994-IEG
BY _____ DEPUTY

JUDGMENT OF DISMISSAL

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

_____ the Court has granted the motion of the Government for dismissal; or

_____ the Court has granted the motion of the defendant for a judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

_____ of the offense(s) of:

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 07/24/08

_____
ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal
~~Judgement and Commitment~~ on 7/29/08

United States Marshal

By: _____
USMS Criminal Section

ENTERED ON _____